UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES F. HELTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.: 3:07-CV-111 |
| | ) | (VARLAN/GUYTON) |
| ROANE COUNTY INC. TN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the Court on motion for summary judgment filed by Defendants David Haggard, Adam Wilson, Guy McGuckin, and Roane County Inc. TN [Doc. 6.] For the reasons discussed in the memorandum opinion entered contemporaneously herewith, the Court hereby **GRANTS** the motion for summary judgment [Doc. 6], resulting in the following:

(1) All federal claims against Defendants David Haggard, Adam Wilson, Guy McGuckin, in their individual and official capacities, are **DISMISSED with prejudice**;

(2) All federal claims against defendant Roane County Inc. TN are **DISMISSED with prejudice**;

(3) Plaintiffs' state law claims of assault and battery, intentional infliction of emotional distress, negligence, malicious abuse of process, false arrest, and

false imprisonment are **DISMISSED without prejudice to refiling** in state court; and

(4)   This case is **DISMISSED**.  *See* Fed. R. Civ. P. 56.

The parties shall be responsible for their own costs.  *See* Fed. R. Civ. P. 54(d)(1).

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE